UNITED STATES, Appellee

v

WARREN D. THIEMAN, Private, U. S. Army, Appellant

14 USCMA 326, 34 CMR 106

No. 17,181

December 20, 1963

*Colonel Joseph L. Chalk, Captain Robert E. Shepherd, Jr.,* and *Captain Charles W. Schiesser* were on the brief for Appellant, Accused.

*Lieutenant Colonel Francis M. Cooper* and *First Lieutenant Barrie G. Sullivan, II,* were on the brief for Appellee, United States.

Opinion of the Court

PER CURIAM:

On his plea of guilty, the accused was convicted of unauthorized absence and wrongful appropriation of a motor vehicle, in violation of Articles 86 and 121, Uniform Code of Military Justice, 10 USC §§ 886, 921, respectively. His sentence, which was reduced on review, includes a bad-conduct discharge. At the time of the offenses, the accused

326

was seventeen years of age. We granted further review of his conviction to consider the applicability of the Federal Juvenile Delinquency Act, 18 USC § 5031, to courts-martial practice. For the reasons set out in United States v Baker, 14 USCMA 311, 34 CMR 91, we hold the Act does not apply to the military establishment. The decision of the board of review is affirmed.